**Attachment A**

| Counsel for Appellants | |
|---|---|
| **Jeffrey P. DeSousa**<br>**Jason J. Muehlhoff**<br>**Thomas F. Kelly**<br>Office of the Attorney General<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050<br>T: (850) 414-3300<br>*jeffrey.desousa@myfloridalegal.com*<br>*jason.muehlhoff@myfloridalegal.com*<br>*thomas.kelly@myfloridalegal.com*<br><br>*Counsel for Appellants Florida State Board of Education* | **Sheena Thakrar**<br>**Howard S. Marks**<br>Burr & Forman LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801<br>T: (407) 540-6601<br>*sthakrar@burr.com*<br>*hmarks@burr.com*<br><br>*Counsel for Appellants Orange County School Board and Volusia County School Board* |
| **Counsel for Appellees** | |
| **Frederick J. Sperling**<br>**Adam J. Diedrich**<br>Arent Fox Schiff LLP<br>233 S. Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>T: (312) 258-5638<br>*frederick.sperling@afslaw.com*<br>*adam.diederich@afslaw.com* | **David A. Karp**<br>Carlton Fields<br>2 MiamiCentral<br>700 NW 1st Avenue, Suite 1200<br>Miami, FL 33136<br>T: (305) 539-7280<br>*dkarp@carltonfields.com* |