# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13181

_____

PENGUIN RANDOM HOUSE,
HACHETTE BOOK GROUP, INC.,
HARPERCOLLINS PUBLISHERS LLC,
MACMILLAN PUBLISHING GROUP, LLC,
SIMON & SCHUSTER, et al.,

                                                        *Plaintiffs-Appellees,*

versus

CHAIR, FLORIDA STATE BOARD OF EDUCATION,
VICE CHAIR, FLORIDA STATE BOARD OF EDUCATION,
ESTHER BYRD,
GRAZIE P CHRISTIE,
KELLY GARCIA,
   in their official capacities as members
   of the Florida State Board of Education, et al.,

                                                        *Defendants-Appellants,*

PAM GOULD,
   in her official capacity as a member of the
   Orange County School Board, et al.,

                                                             *Defendants.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:24-cv-01573-CEM-RMN
_____

ORDER:

Appellees' motion to expedite the appeal is GRANTED to the extent the Court expedites the appeal for oral argument and disposition. The Clerk is DIRECTED to place this case on the next available oral argument calendar with a vacancy.

The motion is DENIED to the extent Appellees seek to expedite briefing.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE