**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                                        Of Case and Names of Parties

January 2, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **APRIL 20, 2026, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

------------------------------------------------------------------------------------------------------------------------------------

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #14.***

| | |
|---|---|
| 25-14263 | Isis Benjamin, et al. v. Commissioner, Georgia Dept. of Corrections, et al. |
| 24-13470 | The Coca-Cola Company and Subsidiaries v. Commissioner of Internal Revenue (REVISED ARGUMENT DATE) |
| 24-11799 | Ricky Johnson v. Heather Turner, et al. (REVISED ARGUMENT DATE) |
| 24-12770 | Kinsale Insurance Company v. Venetian Hills Apartments, LLC, et al. (REVISED ARGUMENT DATE) |
| 25-13181 | Penguin Random House, et al. v. Chair, Florida State Board of Education, et al. |
| 24-13351 | James Tucker, Jr., et al. v. Marina Management Corp. |
| 25-10875 | Hagop Hadjian v. Mercedes-Benz USA, LLC |
| 25-10323 | Deborah Laubscher, et al. v. Gwinnett County |
| 25-11186 | Clark Capital Management Group, Inc. v. Avior Wealth Management, LLC |
| 24-14257 | LeQuita Whitfield v. Selene Finance LP |
| 23-12048 | James Dailey v. Mr. Fleming, et al. |
| 25-11843 | William Quinn, et al. v. Secretary of State for the State of Georgia |
| 24-13986 | Markel Insurance Company v. Courtney Bowen, et al. (REVISED ARGUMENT DATE) |
| 24-11257 | Brar Hospitality Inc v. Mt Hawley Insurance Company, et al. (REVISED ARGUMENT DATE) |
| 24-10369 | United States v. Brendan Gates |
| 25-10081 | Air Force Officer, et al. v. Lloyd Austin, III, et al. |