No. 25-13181

PENGUIN RANDOM HOUSE, LLC, et al.,

*Plaintiffs-
Appellees,*

v.

BEN GIBSON, in his official capacity as
Chair of the Florida State Board of
Education, et al.

*Defendants-
Appellants.*

On Appeal from the U.S. District Court for the
Middle District of Florida (Case No. 6:24-cv-01573)

**UNOPPOSED MOTION OF READ FREELY ALABAMA FOR
LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF
APPELLEES AND AFFIRMANCE**

Kalli A. Joslin
Robin F. Thurston
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
kjoslin@democracyforward.org
*Counsel for Proposed* Amicus Curiae

1

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Cir. R. 26.1-1 through 26.1-3 and 29-2, counsel for proposed *amicus curiae* hereby certifies that, upon information and belief, the following persons and entities, in addition to those listed as parties and counsel in all briefs submitted to this Court and the court below, have or may have an interest in the outcome of this appeal:

1. Joslin, Kalli (counsel for *amicus curiae*)

2. EveryLibrary (fiscal sponsor of *amicus curiae*)

3. Read Freely Alabama (*amicus curiae*)

4. Thurston, Robin (counsel for *amicus curiae*)

Pursuant to FED. R. APP. P. 26.1 and 29(a)(4)(A) and Eleventh Circuit Rules 26.1-1 and 29.2, the amicus curiae listed below represents that it does not have parent corporations or publicly held companies holding 10% or more of any stock.

1. Read Freely Alabama

*/s/ Kalli A. Joslin*

Counsel of Record for *Amicus Curiae*

**MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Pursuant to Federal Rule of Appellate Procedure 29(b) and Eleventh Circuit Rule 29-1, proposed *amicus curiae* Read Freely Alabama moves the Court for leave to file the attached amicus brief in support of Appellees. Appellees have consented and Appellants have stated they do not object to the filing of this brief, and the proposed *amicus curiae* have no monetary interest in this case. Movant's proposed brief is attached hereto as Exhibit A.

In support of this motion, Read Freely Alabama states that it is a grassroots, volunteer-run membership organization comprising concerned citizens who oppose censorship in Alabama libraries. Read Freely Alabama's purpose and mission is to uphold the values of American democracy by fighting any censorship in Alabama's public libraries, and by advocating for inclusive library collections that accurately reflect the diversity of the communities served by those libraries. Because Read Freely Alabama has expertise in and a unique perspective on library patrons' interest in receiving information and ideas in libraries and an interest in protecting that right, it submits this

brief to provide the Court with additional background on these important issues.

WHEREFORE, Read Freely Alabama respectfully requests the Court's leave to appear as *amicus curiae* in this matter.

Dated: February 17, 2026

Respectfully submitted,

*/s/ Kalli A. Joslin*
Kalli A. Joslin
Robin F. Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
kjoslin@democracyforward.org
Counsel for Proposed *Amicus Curiae*
